UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANTHONY TORRES,

                 **Plaintiff,**

- against -

THE CITY OF NEW YORK, DETECTIVES
JOSE L. VARGAS and GEORGE K. WAN,
and JOHN DOE POLICE OFFCERS 1-6,

                 **Defendants.**
------------------------------------X

**COMPLAINT**

Civ. No. 12 cv 1526

**PLAINTIFF DEMANDS
A TRIAL BY JURY**

Plaintiff, by his attorneys, GIORDANO LAW OFFICES PLLC, complaining of Defendants, respectfully allege:

### PRELIMINARY STATEMENT

1. Plaintiff brings this action for an incident of police brutality and deprivation of protected rights which transpired on or about July 17, 2010, when law enforcement officers employed by THE CITY OF NEW YORK were negligent, assaulted, battered, wrongfully detained, falsely imprisoned, and maliciously prosecuted him in Bronx County, New York.

2. On July 17, 2010, at approximately 2:00 p.m. in the vicinity of Bronx Park East, in Bronx County, State of New York, Defendants assaulted and battered Plaintiff. Plaintiff was then arrested without probable cause and imprisoned overnight causing Plaintiff further physical injury, emotional distress, humiliation and embarrassment.

3. As a result of the foregoing, Plaintiff was caused to suffer bodily harm, loss of life and liberty, substantial physical, emotional, mental and psychological pain, lost his employment as a result thereof, and was otherwise injured.

## JURISDICTION AND VENUE

4. This Court has federal question jurisdiction pursuant to 28 U.S.C. 1331 in that this action arises under 42 U.S.C. 1983 *et. seq.*, and the Fourth and Fourteenth Amendments to the United States Constitution. This Court has jurisdiction over the state law claims pursuant to 28 U.S.C. 1367 and the doctrine of pendent jurisdiction, since the state claims arise from the same operative facts and are part of the same case or controversy.

5. Venue is proper in the Southern District of New York pursuant to 28 U.S.C. 1391(b) and (c) because Defendant THE CITY OF NEW YORK resides in this District. Additionally, all Defendants are subject to personal jurisdiction in this District.

6. Prior to the commencement of this action, and within ninety days after the instant claim arose, Plaintiff caused a Notice of Claim in writing to be served upon the Defendant THE CITY OF NEW YORK, by delivering to and leaving the same with the New York City Comptroller's Office, in like manner as the service of a summons in the District Court, which said Notice of Claim set forth the name and post office address of the Plaintiff and his attorney, the nature of, time when, place where, and manner in which the claims arose, and the items of damage and/or injuries claimed, or that might have been sustained, so far as it was practicable. Over thirty days have elapsed since the service of such Notice of Claim and the CITY OF NEW YORK has failed to settle or adjust this matter.

7. This action was commenced within one year and ninety days after the cause of action herein accrued.

## THE PARTIES

8. At all relevant times, Plaintiff is and was a resident of Bronx County, New York.

9. At all times relevant hereto, Defendant police officers, acted in their official capacities, and were employees, agents, or servants of the Defendant THE CITY OF NEW YORK, acting under color of state law, within the meaning of 42 U.S.C. §1983 *et. seq.*

10. Defendant THE CITY OF NEW YORK was and is a municipal corporation organized and existing under and pursuant to the laws of the State of New York. At all relevant times, Defendant THE CITY OF NEW YORK acted through its employees, agents and/or servants, including the individually named Defendants herein, who at all relevant times acted within the course and scope of their employment.

## AS AND FOR A FIRST CLAIM PURSUANT TO 42 U.S.C. §1983 BY PLAINTIFF AGAINST ALL INDIVIDUAL DEFENDANTS

11. Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs as if fully set forth herein.

12. On or about July 17, 2010, Defendants acting intentionally, recklessly, and/or with a deliberate indifference to the rights, life, and liberty of Plaintiff, assaulted, battered, and caused physical and mental injuries to Plaintiff.

13. As a result of the foregoing, Defendants, acting under color of state law, violated 42 U.S.C. §1983 *et. seq*, and deprived Plaintiff of rights secured by the Constitution and laws of the United States and the State of New York including those rights protected by the Fourth and Fourteenth Amendments to the U.S. Constitution, their right not to be deprived of life, liberty and property without due process of law, and other rights, privileges and immunities guaranteed by the laws and Constitutions of the United States and the State of New York.

14. As a result of the foregoing, Plaintiff was caused to suffer bodily injury, loss of life and liberty, substantial physical, emotional, mental and psychological pain, and was otherwise injured.

## AS AND FOR A SECOND CLAIM PURSUANT TO 42 U.S.C. §1983 BY PLAINTIFF AGAINST ALL INDIVIDUAL DEFENDANTS

15. Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs as if fully set forth herein.

16. On or about July 17, 2010, Defendants, acting without probable cause, intentionally and with deliberate indifference to the rights, life, and liberty of Plaintiff, falsely arrested and maliciously prosecuted Plaintiff.

17. As a result of the foregoing, Defendants, acting under color of state law, violated 42 U.S.C. §1983 *et. seq*, and deprived Plaintiff of rights secured by the Constitution and laws of the United States including those rights protected by the Fourth and Fourteenth Amendments, their right not to be deprived of life, liberty and property without due process of law, and other rights, privileges and immunities guaranteed by the laws and Constitutions of the United States and the State of New York.

18. As a result of the foregoing, Plaintiff was caused to suffer bodily harm, loss of life and liberty and life, substantial physical, emotional and psychological pain, and was otherwise injured.

## AS AND FOR A THIRD CLAIM BY PLAINTIFF AGAINST ALL DEFENDANTS FOR ASSAULT AND BATTERY

19. Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs as if fully set forth herein.

20. On or about July 17, 2010, Defendants assaulted and battered, and caused physical and mental injuries to Plaintiff.

21. As a result of the foregoing, Plaintiff was caused to suffer bodily injury, loss of life and liberty, substantial physical, emotional, mental and psychological pain, and was otherwise injured.

## AS AND FOR A FOURTH CLAIM OF FALSE ARREST & MALICIOUS PROSECUTION AGAINST ALL DEFENDANTS

22. Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs as if fully set forth herein.

23. On or about July 17, 2010, Defendants, acting intentionally, maliciously and without justification or probable cause, filed an accusatory instrument or otherwise brought criminal charges against Plaintiff who was criminally prosecuted therefore until such prosecution was terminated in his favor.

24. As a result of the foregoing, Plaintiff was caused to suffer loss of liberty and life, substantial emotional, mental and psychological pain, and was otherwise injured.

## AS AND FOR A FIFTH CLAIM FOR NEGLIGENCE AGAINST DEFENDANT THE CITY OF NEW YORK

25. Plaintiff repeats and realleges each and every allegation contained in the preceding paragraphs as if fully set forth herein.

26. Prior to July 17, 2010, Defendant CITY OF NEW YORK failed to take appropriate action against the Defendant police officers, failed to properly discipline them, was negligent in hiring them, was negligent in supervising and training them, and failed to take appropriate action against the Defendant police officers for prior misconduct.

27. As a result of the foregoing, Plaintiff was caused to suffer loss of liberty and life, substantial emotional, mental and psychological pain, and was otherwise injured.

**WHEREFORE**, Plaintiff demands the following relief jointly and severally against all of the Defendants:

    a. Compensatory damages;

    b. Punitive damages against DEFENDANT POLICE OFFICERS;

    c. The convening and empanelling of a jury to consider the merits of the claims herein;

    d. Costs and interest and attorney's fees;

    e. Such other and further relief as this court may deem appropriate and equitable.

Dated: New York, New York
       January 11, 2011

                                          By: Carmen S. Giordano
                                          GIORDANO LAW OFFICES, LLC
                                          226 Lenox Ave.
                                          New York, NY 10027
                                          (212) 406-9466